# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

CHARLES A. WINSTON                                                                                      PLAINTIFF
ADC #84733

V.                                        NO: 2:12CV00122 BSM/HDY

VALERIE WESTBROOK                                                                                DEFENDANT

## **ORDER**

The Clerk is directed to change the style of the case to reflect the correct name of Defendant Valerie Westbrook, as set forth in her answer (docket entry #6).

IT IS SO ORDERED this __31__ day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE